UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,        Cr. No. 13-mj-30764

v.                Honorable Unassigned

D-2, MICHELLE FREEMAN,

    Defendant.

## APPEARANCE

To the Clerk of this Court and all parties of record:

  Enter my appearance as Counsel in the case for Defendant.

  I certify that I am admitted to practice in the Court.

        Respectfully submitted,

        **LEGAL AID & DEFENDER ASSOCIATION, INC.**
        **FEDERAL DEFENDER OFFICE**

        *s/Jill Leslie Price*
        Attorney for Defendant
        613 Abbott St., 5th Floor
        Detroit, MI 48226
        Phone: 313-967-5838
        E-mail: jill_price@fd.org
        P33643

Dated:  December 12, 2013

---

**CERTIFICATE OF SERVICE**

Counsel certifies that on the above date, the foregoing paper was filed with the clerk of the Court using the ECF system, which will send notification to opposing counsel.