

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

    Criminal No. 14-CR-20273

    Honorable George Caram Steeh

D-1  JOHNNY TROTTER, II, M.D.,
D-2  ANDREW HARDY, JR., M.D.,
D-3  ELAINE LOVETT,
D-4  MICHELLE FREEMAN,

    Defendants.

FILED
MAY 13 2014
CLERK'S OFFICE
DETROIT

---

### GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANTS

---

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrants be unsealed because several defendants have been arrested and are entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrants.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

*/s/ Katie R. Fink*
KATIE R. FINK
Special Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Katie.fink@usdoj.gov
(202) 957-2976, (313) 226-0295
PA Bar# 208389

Dated: May 13, 2014

**IT IS SO ORDERED.**

*/s/ Donald A. Scheer*
DONALD A. SCHEER
United States Magistrate Judge

Entered: 13 May 2014