UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                      NO. 14-CR-20273

v.

                                      HON. GEORGE C. STEEH

D- 1 JOHNNY TROTTER, II, M.D.,

    Defendant.

_____/

# DISCOVERY NOTICE

1.     The attorney for the government knows that the defendant made:

    a.     relevant written or recorded statements, (including grand jury testimony), and/or

    b.     relevant oral statements made in response to interrogation, whether before or after arrest, by a person then known to the defendant to be a government agent, whether or not the statement is included in a written record, as follows:

| Date | Agent/Agency | Type |
|---|---|---|
| 11/6/2009 | SA Dewey Powell, HHS-OIG<br>SA Justin Shammot, FBI | Written |
| 10/11/2011 | SA Abhi Dixit, HHS-OIG<br>SA Michael Fairbanks, HHS-OIG | Written |
| 12/20/2011 | SA Abhi Dixit, HHS-OIG<br>SA Michael Fairbanks, HHS-OIG | Written |
| 1/3/2012 | SA Abhi Dixit, HHS-OIG<br>SA Michael Fairbanks, HHS-OIG | Written |

    1/10/2012    SA Michael Fairbanks, HHS-OIG    Written
                     SA Marc Heggemeyer, HHS-OIG

2. The attorney for the government knows that defendant has a prior criminal record:

 NO  X    YES ____

3. The following books, papers, documents, photographs, and tangible objects are within the possession, custody, or control of the government and are intended to be used as evidence in chief at trial, are known to the government to be material to the preparation of the defense, or were obtained from or belong to the defendant:
   - Documents and billing data provided by Medicare, Blue Cross Blue Shield of Michigan, and/or Medicare contractors;
   - Records obtained from relevant State Agencies;
   - Bank records;
   - Items seized during the execution of search warrants at the following locations:
     - ABIX, LLC (13-MC-51703)
     - Grace Family Health Center PC (11-MC-51149A)
     - Grace Family Health Center PC (13-MC-51701)
     - John R Trotter II MD Medical Services, PLLC (11-MC-51149B)
     - Northland Chiropractic Centre, PC (12-MC-51632)
     - Northland Chiropractic Centre, PC (12-MC-51632A)
     
     including patient files, patient charts, and other medical records, payroll information, personal financial documents, checks, miscellaneous business information binders, employee verification files, corporate documents, activity logs, faxes, contact lists, prescriptions and prescription records, business records, employee files, correspondence, invoices, electronic media and storage devices, accounting records, billing records, and other miscellaneous items and documents;
   - Photographs of premises taken during execution of search warrants.

4. Results or reports of the following physical or mental examinations, or scientific tests or experiments, are within the possession, custody or control

of the government, and are either intended to be used as evidence in chief at trial or are known to the government to be material to the preparation of the defense:  <u>Not applicable</u>.

5. The government intends to introduce at trial testimony from one or more experts in the following areas of expertise:  <u>Not applicable at this time</u>.

6. The government may introduce evidence obtained from execution of the following search warrants:

| Date(s) | Address | Docket Number(s) |
|---|---|---|
| 9/14/2011 | Grace Family Health Center PC<br>4910 Cadieux Road<br>Detroit, Michigan 48224 | 11-MC-51149A |
| 9/14/2011 | John R Trotter II MD Medical Services, PLLC<br>20905 Greenfield Road, Suite 303<br>Southfield, Michigan 48075 | 11-MC-51149B |
| 12/14/2012 | Northland Chiropractic Centre, PC<br>23300 Greenfield Road, Suite 200<br>Oak Park, Michigan 48237 | 12-MC-51632 |
| 12/14/2012 | Northland Chiropractic Centre, PC<br>23300 Greenfield Road, Suite 205<br>Oak Park, Michigan 48237 | 12-MC-51632A |
| 12/4/2013 | Grace Family Health Center PC<br>4910 Cadieux Road<br>Detroit, Michigan 48224 | 13-MC-51701 |
| 12/4/2013 | ABIX, LLC<br>21910 Greenfield Road<br>Oak Park, Michigan 48237 | 13-MC-51703 |

7. The government may introduce evidence obtained through wiretaps or other electronic surveillance:

| Type: (wiretap, bug, etc.) | Docket Number(s) | Not Applicable | X |
|---|---|---|---|

8. The government intends to offer evidence under Rule 404(b), Fed. R. Evid.
   YES _____   NO _____   UNSURE __X__

9. The attorney for the government is aware of the obligations imposed by <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny and will comply with their obligation to provide defense counsel with exculpatory evidence that is material to either guilt or to punishment in time for effective use at trial.

If the government discovers additional information of the type described in Paragraphs One through Nine, it will advise defense counsel in writing.

Upon specific request of the defendant the government will make available for inspection or copying the items described in Paragraphs One, Three, and Four; will furnish the record referred to in Paragraph Two; will provide a summary (which will include the witnesses' qualifications, opinions, and the bases and reasons for the opinions) of the anticipated testimony described in Paragraph Five, and will provide notice of the general nature of the evidence referred to in Paragraph Eight.  The government's compliance with any specific request will trigger the defendant's duty to provide the reciprocal discovery denoted in Fed. R. Crim. P. 16(b)(1)(A)-(C).  If the defendant makes a general request for discovery the government will construe it as a request for each item described in Fed. R. Crim. P. 16(a)(1) (A)-(E).  The government's compliance with the defendant's general request will trigger the defendant's duty to provide reciprocal discovery of each item specified in Fed. R. Crim. P. 16(b)(1)(A)-(C).

Barbara L. McQuade
United States Attorney

s/ CHRISTOPHER J. CESTARO
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Bond Building, Third Floor
Washington, D.C. 20005
Phone:  (202) 714-0735
Email:  christopher.cestaro@usdoj.gov

s/ Katie R. Fink
Special Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave., N.W.
Bond Building, Third Floor
Washington, D.C. 20005
Phone:  (202) 957-2976
E-Mail:  katie.fink@usdoj.gov

Dated:  May 22, 2014

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system that will send notification of such filing to counsel for the Defendant.

                                        s/ Katie R. Fink
                                        Special Trial Attorney
                                        Criminal Division, Fraud Section
                                        U.S. Department of Justice
                                        1400 New York Ave., N.W.
                                        Bond Building, Third Floor
                                        Washington, D.C. 20005
                                        Phone:  (202) 957-2976
                                        E-Mail:  katie.fink@usdoj.gov