UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.             Case No. 2:14–cr–20273–GCS–DRG
             Hon. George Caram Steeh

Johnny Trotter, II, et al.,

      Defendant(s),

_____

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

 NOTICE of hearing on [61] MOTION for Waiver trial *for Defendant D–1* as to Johnny Trotter, II. **Response due by 6/19/2015 Motion Hearing set for 6/24/2015 02:00 PM before District Judge Geo rge Caram Steeh** (MBea)

 All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 236.


### Certificate of Service

 I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/M. Beauchemin
              Case Manager

Dated:   June 9, 2015